

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00717-CV

**ELIZABETH BENAVIDES ELITE AVIATION, INC.**,
Appellant

v.

**CITY OF LAREDO**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2017CVK002669-D3
Honorable Beckie Palomo, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that appellee City of Laredo recover its costs of the appeal from appellant Elizabeth Benavides Elite Aviation, Inc.

SIGNED April 29, 2020.

_____
Irene Rios, Justice